# EXHIBIT 1



**Brian P. Kemp**
Secretary of State

**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
237 Coliseum Drive
Macon, Georgia 31217
(404) 656-2817
Registered agent, officer, entity status information via the Internet
sos.georgia.gov/corporations

**APPLICATION FOR CERTIFICATE OF AUTHORITY**
**FOR FOREIGN CORPORATION**

**IMPORTANT**
Remember to include your e-mail address when completing this transmittal form.

Providing your e-mail address allows us to notify you via e-mail when we receive your filing and when we take action on your filing. Please enter your e-mail address on the line below. Thank you.

E-Mail: ABK@KAUFLAW.NET

**NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM**

1. **7 Springs Electronics, Inc.**
   Corporate Name — Name Reservation Number (Optional)
   **10/1/2013**
   Date business commenced (or proposed) in Georgia (NOTE: If the date provided here is more than 30 days prior to the date the application is received by the Secretary of State, a $500 penalty must be paid; penalty is statutory and cannot be waived by Secretary of State.)

2. **Alex B. Kaufman, Esq.** — 770-390-9200 xt 40
   Name of filing person (certificate will be mailed to this person, at address below) — Telephone Number
   **8215 Roswell Road, Building 800** — Atlanta — GA — 30350
   Address — City — State — Zip Code

3. **105 Weatherstone Dr. Suite 650** — Woodstock — GA — 30188
   Principal Office Mailing Address (may be P.O. Box) — City — State — Zip Code

4. **Kaufman Miller & Forman, P.C. c/o Alex B. Kaufman, Esq.**
   Name of Registered Agent in Georgia
   **8215 Roswell Road, Building 800**
   Registered Office Street Address in Georgia (Post office box or mail drop not acceptable for registered office address)
   **Atlanta** — **Fulton** — GA — 30350
   City — County — State — Zip Code

5. Circle/Check ONE — Jurisdiction (Home State or Country) — Date of Incorporation in home state:
   ☑ PROFIT   ☐ NONPROFIT   **FL** — **4/10/2007**

6. **Audrey Axley** — **210 Overlook Drive** — **Woodstock** — GA — 30188
   Officer / CEO — Address — City — State — Zip Code

   Officer / CFO — Address — City — State — Zip Code

   Officer / SEC — Address — City — State — Zip Code

7. NOTICE: Mail or deliver the following items to the Secretary of State at the above address.
   (1) Original and one copy of this application
   (2) An ORIGINAL certificate of existence or good standing, not more than 90 days old, certified by the home state or country. Certificate from home state may not be more than 90 days old. (Copy of articles of incorporation from home state should NOT be submitted)
   (3) Filing fee of $225.00 payable to "Secretary of State." Filing fees are NON-refundable.

*Audrey N. Axleykook* — **12-13-13**
Authorized Signature — Date

FORM 236

Request certificates and obtain entity information via the Internet: http://sos.ga.gov/corporations

**AUDREY R COOK**
210 OVERLOOK DR
WOODSTOCK GA 30188-4516

1022
64-5/610 GA
636

Date 12-13-13

Pay to the Order of *GA Secretary of State* — $500.00

*Five hundred* — Dollars

**Bank of America**

Money Market Savings
ACH R/T 051000052

For *Registration*          Audrey R. Cook

⑆061000052⑆ 334041488388⑆ 1022

# FedEx Express Package US Airbill

Sender's Copy

FedEx Tracking Number: 8041 2651 5853

**From** *Please print and press hard.*

Date: 12/13/13

Sender's Account Number: 1258-1258-6

Sender's Name: Alex Kaufman  Phone ( )

Company: KAUFMAN MILLER & FORMAN

Address: 8215 ROSWELL RD

Dept./Floor/Suite/Room:

City: ATLANTA  State: GA  ZIP: 30350-6451

Your Internal Billing Reference: Secretary of State 8842-001

**To**

Recipient's Name: Secretary of State  Phone ( )

Company: Corporation Division

Address: 237 Coliseum Drive

Dept./Floor/Suite/Room:

City: Macon  State: GA  ZIP: 31217

0110822044

## 4 Express Package Service

NOTE: Service and/or has changed. Please select carefully.

**Next Business Day**
- [ ] FedEx First Overnight
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight

**2 or 3 Business Days**
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 5 Packaging
- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options
- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice, 9, UN 1845  ___ x ___ kg
- [ ] Cargo Aircraft Only

## 7 Payment Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages  Total Weight  Total Declared Value $ .00

Rev. Date 2/12 • Part #183134 • ©1994-2012 FedEx • PRINTED IN U.S.A. SRS

611