# EXHIBIT 2

# PartsHangar

Home        About Us        Submit RFQ        Contact

## About Us

### What we do

Parts Hangar represents the next logical step for your parts and stock needs. By combining our services with the wealth of information located at Integrated Publishing, Inc., (a leading online source of military specifications and educational publications) we are able to provide you with the most timely and efficient access to the merchandise you require coupled with our dedication to giving you the professional courtesy you deserve.

How it works: By cross-referencing the extensive database that Integrated Publishing, Inc. possesses, the customer has access to parts listed in the online training manuals and educational items as listed by the NSN (National Stock Number) as well as the military part number. With just the click of the mouse, the customer can be taken to our service form to order what they need right then and there. This service cuts out the tedious search for parts representatives or stock locations. In short, we do the work for you ahead of time!

How can we do it? Once the order is processed, we call upon our extensive parts provider network and have the parts drop shipped direct to the customer. If the order in question can not be shipped in that manner, we will provide the retailer information and any other necessary vitals to the customer at a nominal fee so they can simply order direct.

Parts Hangar is dedicated to providing you with excellent and timely service, as well as supplying you with a simple solution to whatever your project needs might be.

### Contact Parts Hangar

Name *

Company *

Phone *

Email *

Message *

Image Verification

2NML

Please enter the text from the image:

[Refresh Image]

Submit

# PartsHangar

9438 US HWY 19N #311
PORT RICHEY, FL 34668
USA

Phone: (727) 493-0744
Fax: (727) 475-1406

### Qualifications

Woman & Minority Owned
Small Business

DUNS: 783737014

CAGE: 4XG09

### Our Commitment

We strive to deliver a level of service that exceeds the expectations of our customers.

If you have any questions about our products or services, please do not hesitate to contact us. We have friendly, knowledgeable representatives available five days a week to assist you.

Parts Hangar - Parts Locator Service

© Copyright Parts Hangar, Inc. All Rights Reserved.