# EXHIBIT 3

# Electronic Articles of Incorporation For

INTEGRATED PUBLISHING INC

P10000004510
FILED
January 15, 2010
Sec. Of State
nhaney

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:
INTEGRATED PUBLISHING INC

## Article II

The principal place of business address:
10229 KEY LANTERN DR
NEW PORT RICHEY, FL. US 34654

The mailing address of the corporation is:
10229 KEY LANTERN DR
NEW PORT RICHEY, FL. US 34654

## Article III

The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:
100

## Article V

The name and Florida street address of the registered agent is:
RICHARD OSBORNE
10229 KEY LANTERN DR
NEW PORT RICHEY, FL. 34654

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   RICHARD OSBORNE

P10000004510
FILED
**January 15, 2010**
Sec. Of State
nhaney

## Article VI

The name and address of the incorporator is:

RICHARD OSBORNE
10229 KEY LANTERN DR

NEW PORT RICHEY, FL  34654

Incorporator Signature:   RICHARD OSBORNE

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
RICHARD  OSBORNE
10229 KEY LANTERN DR
NEW PORT RICHEY, FL.  34654  US