# EXHIBIT 4

# Electronic Articles of Incorporation For

PARTS HANGAR, INC.

P13000084172
FILED
October 14, 2013
Sec. Of State
msolomon

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
PARTS HANGAR, INC.

## Article II
The principal place of business address:
10229 KEY LANTERN DR
NEW PORT RICHEY, FL. 34654

The mailing address of the corporation is:
9438 US HWY 19N #311
PORT RICHEY, FL. US 34668

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
1,000,000

## Article V
The name and Florida street address of the registered agent is:
ERLY OSBORNE
10229 KEY LANTERN DR
NEW PORT RICHEY, FL. 34654

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature: ERLY OSBORNE

P13000084172
FILED
October 14, 2013
Sec. Of State
msolomon

## Article VI

The name and address of the incorporator is:

ERLY OSBORNE
10229 KEY LANTERN DR

NEW PORT RICHEY, FL 34654

Electronic Signature of Incorporator: ERLY OSBORNE

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title: P
ERLY OSBORNE
10229 KEY LANTERN DR
NEW PORT RICHEY, FL. 34654 US

Title: VP
RICHARD OSBORNE
10229 KEY LANTERN DR
NEW PORT RICHEY, FL. 34654 US

## Article VIII

The effective date for this corporation shall be:
10/14/2013