## VERIFICATION

Personally appeared before the undersigned officer, duly authorized to administer oaths, **AUDREY COOK**, who, upon first being duly sworn on oath, deposes and states that upon her personal knowledge, the facts and allegations in this, VERIFIED COMPLAINT, are true and correct.

*/s/ Audrey Cook*
By: Audrey Cook

Sworn to and subscribed before me, this 16 day of December, 2013.

*/s/ Benjamin Russell*
Notary Public
My Commission Expires:

[NOTARY SEAL]