# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| 7 SPRINGS ELECTRONICS, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **Civil Action Number:** |
| vs. ) | _____ |
| ) | |
| PARTS HANGAR, INC., ) | |
| INTEGRATED PUBLISHING, INC., ) | |
| and RICHARD OSBORNE Individually ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## EMERGENCY MOTION OF 7 SPRINGS ELECTRONICS, INC. FOR TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65 (b), Plaintiff 7 SPRINGS ELECTRONICS, INC. (hereinafter, "7 Springs") submits this Emergency Motion for Temporary Restraining Order (hereinafter, the "*Motion*") and respectfully requests that the Court order the following:

1. That with respect to Plaintiff 7 Springs Electronics, Inc.'s website identified in the Verified Complaint and the Parts Hangar, Inc.'s website, Defendants be ordered to refrain from redirecting web traffic from Plaintiff 7 Springs Electronics, Inc.'s website to any website associated with any of the Defendants;

3. That Defendants be ordered to refrain from stating or suggesting—in any form—that there exists any association, partnership, and business relationship between themselves and Plaintiff 7 Springs Electronics, Inc.;

4. That all sales proceeds from the Parts Hangar, Inc. website be deposited into the registry of the Court;

5. That within fourteen (14) calendar days from the date of entry of the Order there be an equitable accounting of all sales proceeds from the Parts Hangar, Inc. website for the past six (6) months provided to the Court and all parties;

6. That within fourteen (14) calendar days from the date of entry of the Order there be an equitable accounting of all sales proceeds from the Integrated Publishing, Inc. website for the past six (6) months provided to the Court and all parties;

7. That this Court grant such other and further relief that it deems equitable.

8. 7 Springs also requests entry of a preliminary injunction following a subsequent hearing that continues the relief pending resolution of this matter.

In support of this *Motion*, 7 Springs submits its Verified Complaint and its supporting Memorandum of Law. A proposed Order is attached hereto as Exhibit "**A**."

Respectfully submitted this 16th day of December, 2013.

        **KAUFMAN, MILLER & FORMAN, P.C.**

        /s/ Robert J. Kaufman
        Robert J. Kaufman
        Georgia Bar No. 567217
        Alex B. Kaufman
        Georgia Bar No. 136097
        Matthew D. Treco
        Georgia Bar No. 802181

8215 Roswell Road
Building 800
Atlanta, Georgia 30350
T: (770) 390-9200 (Ext. 16)
F: (770) 395-6720
*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

The undersigned attorney hereby certifies, pursuant to L.R. 5.1, that the foregoing Emergency Motion for Temporary Restraining Order was prepared in accordance with L.R. 5.1 using Times New Roman in 14 point font.

Respectfully submitted this 16th day of December, 2013.

                                                **KAUFMAN, MILLER & FORMAN, P.C.**

                                                /s/ Robert J. Kaufman
                                                Robert J. Kaufman
                                                Georgia Bar No. 567217
                                                Alex B. Kaufman
                                                Georgia Bar No. 136097
                                                Matthew D. Treco
                                                Georgia Bar No. 802181

8215 Roswell Road
Building 800
Atlanta, Georgia 30350
T: (770) 390-9200 xt 16
F: (770) 395-6720
*Attorneys for Plaintiff*