## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| 7 SPRINGS ELECTRONICS, INC. | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **Civil Action Number:** |
| vs. | ) | **1:13cv04153** |
| | ) | |
| PARTS HANGAR, INC., | ) | |
| INTEGRATED PUBLISHING, INC., | ) | |
| and RICHARD OSBORNE | | |
| Individually | | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

### CONSENT MOTION TO TRANSFER
### TO THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT
### OF FLORIDA- TAMPA DIVISION

COMES NOW Plaintiff 7 Springs Electronics, Inc. ("Plaintiff or 7 Springrs") by and through its counsel of record and Defendants Parts Hangar, Inc., Integrated Publishing, Inc., and Richard Osborne (Collectively "Defendants") through their counsel of record and jointly files this Consent Motion to transfer 1:13cv04153 to the United States District Court Middle District of Florida- Tampa Division.

On December 16, 2013, 7 Springs filed it Complaint [Doc 1] and Motion for Temporary Restraining Order [Doc 2]. On December 18, 2013, 7 Springs filed its First Amended Complaint [Doc 9].

On December 20, 2013, 7 Springs and Defendants filed a Proposed Consent Order for a Temporary Restraining Order [Doc 11]. The Court granted the Consent Order on December 23, 2013 [Doc 13].

Defendants filed their Motion to Dismiss on January 14, 2014 [Doc 15]. Defendants' Motion to Dismiss requests that the Court Dismiss 7 Springs Complaint or alternatively transfer the case to Florida.

The parties have agreed to transfer the case to the United States District Court Middle District of Florida – Tampa Division.

Consequently the parties pray for this Honorable Court to grant Defendants' Motion so much that the case is transferred to the United States District Court Middle District of Florida – Tampa Division pursuant to 28 U.S.C. § 1404(a) and to deny the remainder of Defendants' Motion to Dismiss.

Respectfully submitted this 28th day of January, 2014.

                      **KAUFMAN, MILLER & FORMAN, P.C.**

                      /s/ Alex B. Kaufman
                      Robert J. Kaufman

Georgia Bar No. 567217
Alex B. Kaufman
Georgia Bar No. 136097
Matthew D. Treco
Georgia Bar No. 802181

8215 Roswell Road
Building 800
Atlanta, Georgia 30350
T: (770) 390-9200
F: (770) 395-6720
abk@kauflaw.net
*Attorneys for Plaintiff 7 Springs*


*s/ Thomas J. Mihill*
 Thomas J. Mihill, Esq.
 Georgia Bar Number 001363
 tjmihill@cmw-law.com
 CANNON, MIHILL & WINKLES
 101 Marietta Street
 Suite 3120
 Atlanta, GA 30303
 (404) 891-6700 (Telephone)
 (404) 891-6701 (Facsimile)
 Attorneys for Defendants

# CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies, pursuant to L.R. 5.1, that the foregoing Consent Motion to Transfer was prepared in accordance with L.R. 5.1 using Times New Roman in 14 point font.

Respectfully submitted this 28th day of January, 2014

**KAUFMAN, MILLER & FORMAN, P.C.**

/s/ Alex B. Kaufman
Robert J. Kaufman
Georgia Bar No. 567217
Alex B. Kaufman
Georgia Bar No. 136097
Matthew D. Treco
Georgia Bar No. 802181

8215 Roswell Road
Building 800
Atlanta, Georgia 30350
T: (770) 390-9200 xt 16
F: (770) 395-6720
*Attorneys for Plaintiff 7 Springs*