# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 7 SPRINGS ELECTRONICS, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **Civil Action Number:** |
| vs. ) | **1:13cv04153** |
| ) | |
| PARTS HANGAR, INC., ) | |
| INTEGRATED PUBLISHING, INC., | |
| and RICHARD OSBORNE ) | |
| Individually | |
| ) | |
| *Defendants*. ) | |
| ) | |

## [PROPOSED] CONSENT ORDER MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA- TAMPA DIVISION

1. This Consent Order ("Order") is entered into by and between Plaitniff 7 Springs Electronics, Inc. ("7 Springs") and Defendants Pars Hangar Inc., Integrated Publishing, Inc., and Richard Osborne (collectively "Defendants").

2. Upon review of all of the pleadings, and the Consent Motion To Transfer this Case to the United States District Court Middle District of Florida- Tampa Division,

In is so ORDERED that this Court Grants the Consent Motion to Transfer this action to the United States District Court Middle District of Florida- Tampa

Division, thereby granting Defendants' Motion to Dismiss [Doc. 15] in part so much that this case is transferred to the Middle District of Florida and denying the remainder of Defendants' Motion to Dismiss.

So ORDERED this _____ day of _____, 2014.

_____
United States District Judge

The undersigned apply for and consent to the entry of this Order:

This 20th day of December, 2013.

| **KAUFMAN MILLER & FORMAN, P.C.** | **CANNON, MIHILL & WINKLES, LLC** |
|---|---|
| **/s/ Alex B. Kaufman** | **/s/ Thomas J. Mihill** |
| Robert J. Kaufman | Thomas J. Mihill |
| Georgia Bar No. 567217 | Georgia Bar No. 001363 |
| Alex B. Kaufman | 101 Marietta Street |
| Georgia Bar No. 136097 | Suite 3120 |
| Matthew D. Treco | Atlanta, Georgia 30303 |
| Georgia Bar No. 802181 | T: (404) 891-6700 |
| 8215 Roswell Road | *Attorneys for Defendants* |
| Building 800 | |
| Atlanta, Georgia 30350 | |
| T: (770) 390-8200 | |
| *Attorneys for Plaintiff* | |