# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:13−cv−04153−WSD

| | |
|---|---|
| 7 Springs Electronics, Inc. v. Parts Hangar, Inc, et al | Date Filed: 12/16/2013 |
| Assigned to: Judge William S. Duffey, Jr | Date Terminated: 02/03/2014 |
| Cause: 18:1030 Violation of Computer Fraud and Abuse Act | Jury Demand: None |
| | Nature of Suit: 370 Fraud or Truth−In−Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

**7 Springs Electronics, Inc.**  represented by **Alex Benjamin Kaufman**
Kaufman Miller &Forman, P.C.
8215 Roswell Road
Building 800
Atlanta, GA 30350
770−390−9200
Email: abk@kauflaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey Treco**
Kaufman Miller &Forman, P.C.
8215 Roswell Road
Building 800
Atlanta, GA 30350
770−390−9200
Email: mdt@kauflaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Kaufman**
Kaufman Miller &Forman, P.C.
8215 Roswell Road
Building 800
Atlanta, GA 30350
770−390−9200
Email: rjk@kauflaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Parts Hangar, Inc,**  represented by **Thomas J. Mihill**
Cannon, Mihill &Winkles, LLC −Atl
Suite 3120
101 Marietta Street
Atlanta, GA 30303
404−891−6700
Fax: 678−965−1751

Email: tjmihill@cmw–law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Integrated Publishing, Inc.**   represented by   **Thomas J. Mihill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Osborne**   represented by   **Thomas J. Mihill**
*Individually*   (See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2013 | Ï 1 | COMPLAINT filed by 7 Springs Electronics, Inc.. ( Filing fee $ 400 receipt number 113E–4936518.) (Attachments: # 1 Exhibit 1 – Georgia Business Qualification, # 2 Exhibit 2 – Parts Hangar Website, # 3 Exhibit 3 – Integrated Publishing Articles, # 4 Exhibit 4 – Parts Hangar Articles, # 5 Affidavit Verification)(anc) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/16/2013) |
| 12/16/2013 | Ï 2 | MOTION for Temporary Restraining Order by 7 Springs Electronics, Inc.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(anc) (Entered: 12/16/2013) |
| 12/16/2013 | Ï 3 | NOTICE of Appearance by Robert J. Kaufman on behalf of 7 Springs Electronics, Inc. (anc) (Entered: 12/16/2013) |
| 12/16/2013 | Ï 4 | NOTICE of Appearance by Alex Benjamin Kaufman on behalf of 7 Springs Electronics, Inc. (anc) (Entered: 12/16/2013) |
| 12/16/2013 | Ï 5 | NOTICE of Appearance by Matthew Dempsey Treco on behalf of 7 Springs Electronics, Inc. (anc) (Entered: 12/16/2013) |
| 12/16/2013 | Ï 6 | NOTICE Of Filing by 7 Springs Electronics, Inc. re 2 MOTION for Temporary Restraining Order *Attorney Certificate* (Kaufman, Robert) (Entered: 12/16/2013) |
| 12/16/2013 | Ï 7 | ORDER Setting Hearing on Motion 2 MOTION for Temporary Restraining Order : Motion Hearing set for 12/23/2013 at 08:00 AM in ATLA Courtroom 1705 before Judge William S. Duffey, Jr. IT IS FURTHER ORDERED that Defendants' counsel shall file a response to the Emergency Motion on or before Thursday, December 19, 2013. Signed by Judge William S. Duffey, Jr on 12/16/13. (jdb) (Entered: 12/16/2013) |
| 12/16/2013 | Ï 8 | NOTICE Of Filing by 7 Springs Electronics, Inc. re 7 Order Setting Hearing on Motion, *Attorney Certificate* (Treco, Matthew) (Entered: 12/16/2013) |
| 12/18/2013 | Ï 9 | First AMENDED COMPLAINT against All Defendants, filed by 7 Springs Electronics, Inc.. (Attachments: # 1 Exhibit Exhibit 1 – Certificate of Authority, # 2 Exhibit Exhibit 2 – Parts Hangar Website, # 3 Exhibit Exhibit 3 – Electronic Articles Incorp (Integrated), # 4 Exhibit Exhibit 4 – Electronic Articles Incorp (Parts Hangar), # 5 Affidavit Verification)(Kaufman, Robert) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/18/2013) |
| 12/18/2013 | Ï 10 | |

| | | |
|---|---|---|
| | | NOTICE Of Filing by 7 Springs Electronics, Inc. re 7 Order Setting Hearing on Motion, *Attorney Certificate* (Attachments: # 1 Exhibit 1 – Certificate)(Treco, Matthew) (Entered: 12/18/2013) |
| 12/20/2013 | Ï 11 | PROPOSED CONSENT ORDER Proposed Consent Order for 30 Day Temporary Restraining Order re: 7 Order Setting Hearing on Motion, 10 Notice of Filing. (Kaufman, Alex) (Entered: 12/20/2013) |
| 12/20/2013 | Ï 12 | NOTICE of Appearance by Thomas J. Mihill on behalf of Integrated Publishing, Inc., Richard Osborne, Parts Hangar, Inc, (Mihill, Thomas) (Entered: 12/20/2013) |
| 12/23/2013 | Ï 13 | CONSENT ORDER BETWEEN PLAINTIFF 7 SPRINGS ELECTRONICS,INC. AND DEFENDANTS Signed by Judge William S. Duffey, Jr on 12/23/2013. (anc) (Entered: 12/23/2013) |
| 12/30/2013 | Ï 14 | WAIVER OF SERVICE Returned Executed by Integrated Publishing, Inc., Richard Osborne, Parts Hangar, Inc for all Defendants. Waivers mailed 12/24/13, answers due 2/22/2014 (Mihill, Thomas) Modified on 1/2/2014 in order to update docket text (anc). (Entered: 12/30/2013) |
| 01/03/2014 | Ï | Submission of 2 MOTION for Temporary Restraining Order, submitted to District Judge William S. Duffey. (anc) (Entered: 01/03/2014) |
| 01/14/2014 | Ï 15 | MOTION to Dismiss with Brief In Support by Integrated Publishing, Inc., Richard Osborne, Parts Hangar, Inc,. (Attachments: # 1 Brief Defendants' Memorandum of Law in Support of Motion to Dismiss, # 2 Exhibit Exhibit A– Affidavit of Richard Osborne, # 3 Exhibit Exhibit B– Florida Secretary of State Corporate Listing)(Mihill, Thomas) (Entered: 01/14/2014) |
| 01/17/2014 | Ï | NOTICE (by docket entry only) From the Court: The January 24, 2014, Preliminary Injunction Hearing has been postponed until further notice. (jdb) (Entered: 01/17/2014) |
| 01/28/2014 | Ï 16 | Consent MOTION to Transfer Case to Middle District of Florida – Tampa Division by 7 Springs Electronics, Inc.. (Attachments: # 1 Text of Proposed Order Consent Order to Transfer)(Kaufman, Alex) (Entered: 01/28/2014) |
| 02/03/2014 | Ï 17 | ORDER GRANTING 16 Motion to Transfer Case to the United States District Court Middle District of Florida, Tampa Division. Signed by Judge William S. Duffey, Jr on 2/1/2014. (anc) (Entered: 02/03/2014) |
| 02/03/2014 | Ï | Case electronically transferred to District of to the United States District Court Middle District of Florida, Tampa Division. (anc) (Entered: 02/03/2014) |
| 02/03/2014 | Ï | Civil Case Terminated. (anc) (Entered: 02/03/2014) |