# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

|  |  |
|---|---|
| 7 SPRINGS ELECTRONICS, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 8:14-cv-00266-EAK-AEP |
| v. ) | |
| ) | |
| PARTS HANGAR, INC., ) | |
| INTEGRATED PUBLISHING, INC., ) | |
| and RICHARD OSBORNE, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER BETWEEN PLAINTIFF 7 SPRINGS ELECTRONICS, INC. AND DEFENDANTS

## INTRODUCTION

1. This Consent Order ("Order") is entered into by and between Plaintiff 7 SPRINGS ELECTRONICS, INC. (hereinafter, "7 Springs") and Defendants PARTS HANGAR, INC., INTEGRATED PUBLISHING, INC. and RICHARD OSBORNE (hereinafter, the "Defendants") (hereinafter, collectively, the "Parties").

2. 7 Springs is represented by the Atlanta based law firm of Kaufman, Miller & Forman, P.C.

3. Both Parties are in agreement that a telephonic 26(f) conference would be acceptable.

4. Both Parties have participated in a telephonic 26(f) conference on April 2, 2014 and are satisfied with the conference.

5. The Parties are actively in the process of scheduling in-person settlement negotiations to be held within the Middle District of Florida in May, 2014.

6. The Court has reviewed the Motion in the above-styled action and, therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED:**

7. The Parties may forgo Local Rule 3.05(c)(2)(B) and their telephonic conference will satisfy their obligations to meet under Fed. R. Civ. P. 26(f).

Entered this _____ day of April, 2014.

UNITED STATES DISTRICT JUDGE

The undersigned apply for and consent to the entry of this Order:

This 2nd day of April, 2014.

<<<<Signatures on following page >>>>

                                                            **KAUFMAN, MILLER & FORMAN, P.C.**

                                                            *s/ Samuel J. Warman*_____
                                                            Samuel J. Warman
                                                           Florida Bar No.: 0103196
                                                           Robert J. Kaufman
                                                           (*Pro Hac Vice Pending*)
                                                           Georgia Bar No.: 567217
                                                           Alex B. Kaufman
                                                           (*Pro Hac Vice Pending*)
                                                           Georgia Bar No.: 136097
                                                           Matthew D. Treco
                                                           (*Pro Hac Vice Pending*)
                                                           Georgia Bar No.: 802181

KAUFMAN, MILLER & FORMAN, P.C.
8215 Roswell Road, Building 800
Atlanta, GA 30350
Telephone    (770) 390-9200
Facsimile     (770) 395-6720
E-mail:        sjw@kauflaw.net
                rjk@kauflaw.net
                abk@kauflaw.net
                mdt@kauflaw.net
*Attorneys for Plaintiff*

                                                           *s/ Michael J. Stanton*_____
                                                           Michael J. Stanton
                                                           Florida Bar No.: 0389463
                                                           Sean P. Cronin
                                                           Florida Bar No.: 0412023

STANTON CRONIN LAW GROUP, P.L.
6944 West Linebaugh Ave., Suite 102
Tampa, FL 33625
Telephone    (813) 444-0155
Facsimile     (813) 422-7955
E-mail:        mstanton@sclawyergroup.com
                scronin@sclawyergroup.com
*Attorneys for Defendants*