UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

7 SPRINGS ELECTRONICS, INC.,

    Plaintiff,

vs.                                            CASE NO. 8:14-cv-00266-T-17 EAJ

PARTS HANGAR, INC., INTEGRATED
PUBLISHING, INC. and RICHARD OSBORNE,

    Defendants.
_____/

**STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

It is hereby stipulated and agreed by Defendants, Parts Hangar, Inc., Integrated Publishing, Inc. and Richard Osborne ("Defendants") and the undersigned counsel, that Michael J. Stanton, Esq. of Stanton Cronin Law Group, P.L., be substituted for Thomas J. Mihill, Esq. and the law firm of Cannon, Mihill & Winkles, LLC as counsel for Defendants.

1.     On or about February 3, 2014, this case was transferred from the Northern District of Georgia to the Middle District of Florida.

2.     On or about February 20, 2014, the undersigned appeared on Defendants' behalf in this matter by filing Defendants' Answer to Plaintiff's Verified First Amended Complaint Presenting Defenses Under Rule 12(b).

3.     The undersigned requests that Thomas J. Mihill, Esq. and the law firm of Cannon, Mihill &Winkles, LLC be relieved of any further responsibility to Defendants in this action.

4.     Pursuant to Local Rule 2.03(b) of the United States District Court for the Middle District of Florida, ten (10) days' notice has been given to opposing counsel and Defendants in

the form of a copy of this Stipulation prior to its filing, and opposing counsel and Defendants have agreed to its entry.

5. Pursuant to Florida Rule of Judicial Administration 2.505(e)(2), the Consent to Substitution of Counsel of Defendants is attached hereto as Exhibit "A."

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g) of the United States District Court for the Middle District of Florida, counsel for Defendants have attempted to resolve the matters raised by this Stipulation by conferring with counsel for Plaintiff. The parties have resolved the matters raised by this Stipulation and counsel for Plaintiff has stipulated to its entry.

Dated: April 11, 2014

                Respectfully submitted,

                /s/ Michael J. Stanton
                Michael J. Stanton
                Florida Bar No.: 0389463
                mstanton@sclawyergroup.com
                Sean P. Cronin
                Florida Bar No.: 0412023
                scronin@sclawyergroup.com
                **STANTON CRONIN LAW GROUP, P.L.**
                6944 West Linebaugh Ave., Suite 102
                Tampa, FL 33625
                Telephone: (813) 444-0155
                Facsimile: (813) 422-7955
                *Counsel for Defendants Parts Hangar, Inc., Integrated Publishing, Inc. and Richard Osborne*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11 day of April, 2014, a true and correct copy of the foregoing was sent via U.S. Mail to Defendants, Parts Hangar, Inc., Integrated Publishing, Inc. and Richard Osborne and sent via electronic mail to Samuel J. Warman, Kaufman, Miller, &

Forman, P.C., 8215 Roswell Road, Building 800, Atlanta, GA 30350 at sjw@kauflaw.net and Thomas J. Mihill, Esq., Cannon, Mihill &Winkles, LLC at tjmihill@cmw-law.com.

EXHIBIT "A"

CONSENT TO SUBSTITUTION OF COUNSEL

I, Richard Osborne, hereby consent to change the lawyers representing me and Parts Hangar, Inc. and Integrated Publishing, Inc. More specifically, I agree that Michael J. Stanton and the law firm of Stanton Cronin Law Group, P.L. will serve as counsel of record in the matter of *7 SPRINGS ELECTRONICS, INC. v. PARTS HANGAR, INC., INTEGRATED PUBLISHING, INC. and RICHARD OSBORNE*, CASE NO. 8:14-cv-00266-T-17 EAJ.

_____
Richard Osborne


_____
Parts Hangar, Inc.
By: RICHARD OSBORNE
Its: V.P.


_____
Integrated Publishing, Inc.
By: RICHARD OSBORNE
Its: PRESIDENT