**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

_____
                                             )
                                             )
**7 SPRINGS ELECTRONICS, INC.,**             )
                                             )
        **Plaintiff,**       )          **CIVIL ACTION FILE NO.:**
                                             )          **8:14-cv-00266-EAK-AEP**
**v.**                                       )
                                             )
**PARTS HANGAR, INC.,**                      )
**INTEGRATED PUBLISHING, INC.,**             )
**and RICHARD OSBORNE,**                     )
                                             )
        **Defendants.**      )
_____ )

**WRITTEN DESIGNATION OF LOCAL COUNSEL**

     ERIC E. LUDIN, ESQ., a member of the bar of this District Court and a resident of the

State of Florida, is hereby designed as local counsel for the subject case, and consents to readily

communicate with opposing counsel and the Court regarding the conduct of this case, and

accepts papers when served.  ERIC E. LUDIN, ESQ. recognizes the responsibility and full

authority to act for, and on the behalf of the client, in all proceedings related to this case,

including hearings, Pre-Trial Conferences and trial should the Plaintiff fail to respond to any

Court Order of appearance otherwise.

     In full compliance with Local Rule 2.02(a), I hereby certify that the fee for special

admission has been paid.

                     Respectfully submitted:

                     By:    /s/ Eric E. Ludin, Esq.
                               (FBN# 351393)
                               Tucker & Ludin, PA
                               5235 – 16th Street North
                               St. Petersburg, FL   33703-2611
                               Telephone:  (727) 572-5000 x208
                               Fax:  (727) 571-1415
                               Local Counsel for Plaintiff

**KAUFMAN, MILLER & FORMAN, P.C.**

By:    /s/ <u>Robert J. Kaufman, Esq</u>.  (GA Bar #567217)
        /s/ <u>Alex B. Kaufman, Esq</u>.  (GA Bar #136097)
        /s/ <u>Matthew D. Treco, Esq</u>. (GA Bar #802181)
        8215 Roswell Road, Building 800
        Atlanta, GA   30350
        Telephone: (770) 390-9200
        Fax: (770) 395-6720
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2014, a copy of the foregoing document was filed through the Court's electronic filing system, and a copy mailed to the parties listed below:

Michael J. Stanton, Esq.
mstanton@sclawyergroup.com, meyerp@gtlaw.com
Stanton Cronin Law Group, PL
6944 West Linebaugh Avenue – Suite #102
Tampa, FL   33625

Thomas J. Mihill, Esq.
tjmihill@cmw-law.com

By: /s/ Eric E. Ludin, Esq.