UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____
                                    )
                                    )
                                    )
**7 SPRINGS ELECTRONICS, INC.,**    )
                                    )
      Plaintiff,             )    CIVIL ACTION FILE NO.:
                                    )    8:14-cv-00266-EAK-AEP
v.                                  )
                                    )
**PARTS HANGAR, INC.,**             )
**INTEGRATED PUBLISHING, INC.,**    )
**and RICHARD OSBORNE,**            )
                                    )
      Defendants.            )
_____ )

### UNOPPOSED AMENDED
### MOTION FOR ADMISSION PRO HAC VICE

Movants, ALEX B. KAUFMAN, ESQ., ROBERT J. KAUFMAN, ESQ., AND MATTHEW D. TRECO, ESQ., the undersigned counsel for Plaintiff, 7 SPRINGS ELECTRONICS, INC., file this Unopposed Amended Motion for Admission Pro Hac Vice and requests that this Honorable Court allow the Movants/undersigned to practice in this Honorable Court on the above-styled and referenced matter. The undersigned would show that a Notice of Acceptance of Written Designation of Local Counsel and Consent to Act was filed by Attorney ERIC E. LUDIN, ESQ., Florida Bar #351393, Tucker & Ludin, PA, 5235 – 16th Street North, St. Petersburg, Florida 33703-2611. The undersigned would further show as follows:

    1.    The undersigned counsel are not members of this Court nor the Florida Bar, and do not regularly appear pro hace vice in Florida.

    2.    The undersigned counsel are members of, and in good standing with, the Georgia

State Bar and are admitted to practice before the United States District Court for the Northern District of Georgia.

3. The undersigned counsel are residents of the State of Georgia.

4. The undersigned counsel have knowledge of the local rules of the United States District Court for the Middle District of Florida.

5. The undersigned counsel have familiarity and agree to be governed by the Code of Professional Responsibility, and other ethical limitations or requirements governing the professional behavior of the members of The Florida Bar.

6. The undersigned local counsel is a registered user of the electronic filing system for this Court and is familiar with its operation.

7. The undersigned counsel wish to appear pro hace vice for the purpose of representing Plaintiff in this cause of action.

8. Pursuant to Local Rule 3.01(g), the undersigned certify that they have conferred with with counsel for the Defendants and that they have no objection to entry of an Order granting this Unopposed Amended Motion.

Dated:
April 15, 2014                       Respectfully submitted:

                              By:    /s/ Eric E. Ludin, Esq.
                                      (FBN# 351393)
                                      Tucker & Ludin, PA
                                      5235 – 16th Street North
                                      St. Petersburg, FL  33703-2611
                                      Telephone:  (727) 572-5000 x208
                                      Fax:  (727) 571-1415
                                      Local Counsel for Plaintiff

                                    KAUFMAN, MILLER & FORMAN, P.C.

By:    /s/ Robert J. Kaufman, Esq.  (GA Bar #567217)
         /s/ Alex B. Kaufman, Esq.  (GA Bar #136097)
         /s/ Matthew D. Treco, Esq. (GA Bar #802181)
         8215 Roswell Road, Building 800
         Atlanta, GA   30350
         Telephone: (770) 390-9200
         Fax: (770) 395-6720
         Attorneys for Plaintiff