**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| **7 SPRINGS ELECTRONICS, INC.,** ) ) ) ) Plaintiff, ) ) v. ) ) **PARTS HANGAR, INC.,** ) **INTEGRATED PUBLISHING, INC.,** ) **and RICHARD OSBORNE,** ) ) Defendants. ) | **CIVIL ACTION FILE NO.:** **8:14-cv-00266-EAK-AEP** |

**NOTICE OF COMPLIANCE WITH LOCAL RULE 2.02**

COMES NOW, ROBERT J. KAUFMAN, ALEX B. KAUFMAN, MATHEW D. TRECO, *pro hac vice* counsel for Plaintiff 7 SPRINGS ELECTRONICS, INC. in the above-styled action, and SAMUEL J. WARMAN, enters this, their Notice of Compliance with Local Rule 2.02, having met their fee and email registration requirements under the local rules.

Respectfully submitted this 6th day of May, 2014.

              **KAUFMAN, MILLER & FORMAN, P.C.**

              *s/ Samuel J. Warman*
              Samuel J. Warman
              Florida Bar No.: 0103196
              Robert J. Kaufman
              (*Pro Hac Vice*)
              Georgia Bar No.: 567217
              Alex B. Kaufman
              (*Pro Hac Vice*)

                                                        Georgia Bar No.: 136097
                                                        Matthew D. Treco
                                                        (*Pro Hac Vice*)
                                                        Georgia Bar No.: 802181

KAUFMAN, MILLER & FORMAN, P.C.
8215 Roswell Road, Building 800
Atlanta, GA 30350
Telephone    (770) 390-9200
Facsimile     (770) 395-6720
E-mail:        sjw@kauflaw.net
                 rjk@kauflaw.net
                 abk@kauflaw.net
                 mdt@kauflaw.net
*Attorneys for Plaintiff*

I:\WP\CW\8841-001\Motion\Draft Motions\Notice of Compliance with Local Rule 2.02 Final.docx

## CERTIFICATE OF SERVICE

I hereby certify that on May 6th, 2014, I have electronically filed **NOTICE OF COMPLIANCE WITH LOCAL RULE 2.02** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

KAUFMAN, MILLER & FORMAN, P.C.

*s/ Samuel J. Warman*_____
Samuel J. Warman
Florida Bar No.:  0103196
Robert J. Kaufman
(*Pro Hac Vice*)
Georgia Bar No.: 567217
Alex B. Kaufman
(*Pro Hac Vice*)
Georgia Bar No.: 136097
Matthew D. Treco
(*Pro Hac Vice*)
Georgia Bar No.: 802181

KAUFMAN, MILLER & FORMAN, P.C.
8215 Roswell Road, Building 800
Atlanta, GA 30350
Telephone     (770) 390-9200
Facsimile       (770) 395-6720
E-mail:           sjw@kauflaw.net
                     rjk@kauflaw.net
                     abk@kauflaw.net
                     mdt@kauflaw.net
*Attorneys for Plaintiff*

I:\WP\CW\8841-001\Motion\Draft Motions\Notice of Compliance with Local Rule 2.02 Final.docx