UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| 7 SPRINGS ELECTRONICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARTS HANGAR, INC., ) <br> INTEGRATED PUBLISHING, INC., ) <br> and RICHARD OSBORNE, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 8:14-cv-00266-EAK-AEP |

### ALEX B. KAUFMAN'S NOTICE OF UNAVAILABILITY

Comes now, Alex B. Kaufman of the law firm of Kaufman, Miller & Forman, P.C And hereby files this Notice of Unavailability as Counsel for Plaintiff 7 Springs Electronics, Inc. in the above-styled action, that Counsel plans to be taking a Leave of Absence from the practice of law on July 17 through July 27, 2014 for a family vacation. The undersigned respectfully requests that the above-referenced case, not be calendared during this period of absence.

Respectfully submitted this 19th day of May, 2014.

KAUFMAN, MILLER & FORMAN, P.C.

s/Alex B. Kaufman
Alex B. Kaufman
*Pro Hac Vice*

8215 Roswell Road, Building 800
Atlanta, GA 30350
Telephone    (770) 390-9200
Facsimile    (770) 395-6720
E-mail       abk@kauflaw.net
*Attorney for Plaintiff*

I:\WP\CW\8841-001\Pleadings\Draft Pleadings\Leave of Absence.ABK..docx

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, I have electronically filed **ALEX B. KAUFMAN'S NOTICE OF UNAVAILABILITY** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

                                      **s/Alex B. Kaufman**
                                      Alex B. Kaufman
                                      Pro Hac Vice

KAUFMAN, MILLER & FORMAN, P.C.
8215 Roswell Road, Building 800
Atlanta, GA 30350
Telephone    (770) 390-9200
Facsimile     (770) 395-6720
E-mail         abk@kauflaw.net
*Attorney for Plaintiff*

I:\WP\CW\8841-001\Pleadings\Draft Pleadings\Leave of Absence.ABK..docx